UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Docket No. |
| ) | |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| **Javier PONTAZA-Arrieta,** ) | Deported Alien Found in the |
| ) | United States |
| ) | |
| Defendant ) | |
| ) | |

The undersigned complainant, being duly sworn, states:

On or about **May 14, 2008** within the Southern District of California, defendant, **Javier PONTAZA-Arrieta,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS <u>16th</u> DAY OF <u>**MAY, 2008**</u>

Cathy A. Bencivengo
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Javier PONTAZA-Arrieta

## PROBABLE CAUSE STATEMENT

On May 14, 2008, Border Patrol Agent E. Vito responded to scope operator observation of a group of suspected illegal aliens in an area known as "Salt Flats." This area is approximately five miles west of the San Ysidro, California Port of Entry and approximately 100 yards north of the United States/ Mexico International Boundary.

Agent Vito positioned himself at the north end of Salt Flats and waited for the group to approach his position. After a brief wait, Agent Vito observed nine individuals walking north towards his position. As the group approached Agent Vito's position he identified himself as a Border Patrol Agent and conducted an immigration inspection. All nine subjects, including one later identified as the defendant **Javier PONTAZA-Arrieta**, admitted to being citizens and nationals of Mexico without having any immigration documents allowing them to be or remain in the United States legally. At approximately 11:45 p.m., all nine subjects were arrested and transported to the Imperial Beach Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **December 10, 2007** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights, which he stated he understood and was willing to answer questions without having an attorney present. The defendant admitted to being a citizen and national of Mexico without having any immigration documents allowing him to be or remain in the United States legally.